**Order entered October 30, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00763-CV

**RAKIYA ENGO DIALLO, Appellant**

**V.**

**CITY OF GARLAND AND GARLAND INDEPENDANT SCHOOL DISTRICT, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-16-01766**

## ORDER

On October 4, 2017, we ordered the appeal submitted without the reporter's record as appellant had failed to comply with our directive to provide written verification she had requested the record and paid the fee or was entitled to proceed without payment of costs. *See* TEX. R. APP. P. 37.3(c). Before the Court now is a copy of appellant's October 24, 2017 written request to the reporter for the record. We construe the filing of the copy of the request as a motion to vacate our October 4th order. We **GRANT** the motion. We **VACATE** the October 4th order and **ORDER** appellant to file, no later than November 6, 2017, written verification she has paid the reporter's fee or is entitled to proceed without payment. We caution appellant that failure to timely comply may result in the appeal again being submitted without the reporter's record. *See id.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the parties and court reporters Sheretta L. Martin and Heidi J. Darst.

/s/    CRAIG STODDART
JUSTICE